IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:13-CR-5019 |
| | ) | |
| v. | ) | |
| | ) | |
| KENT CHANDLER | ) | JUDGE JORDAN |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the Defendant, Kent Chandler. The Defendant admits that he has violated certain conditions of his supervised release. An agreement has been reached between the parties, recommending that the Defendant's supervised release should be revoked, and that he should receive a sentence of ten (10) months of imprisonment to be followed by no term of supervised release. The parties further request that the Defendant be recommended for a Bureau of Prisons facility in close proximity to East Tennessee.

The Defendant waives his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waives his right to allocute at a revocation hearing, and asks that the agreement between the Defendant and the government, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations committed by the Defendant are "Grade C" violations. The Defendant's criminal history category is I. The advisory guideline range is 3-9 months, and

there is a statutory maximum of 24 months of imprisonment. The Court has also considered the factors listed in 18 U.S.C. § 3553(a).

The Court finds that the recommended sentence is sufficient but not greater than necessary to comply with the statutory purpose set forth in 18 U.S.C. § 3553(a). The recommended sentence is within the statutory maximum, is necessary to reflect the seriousness of the offenses committed by the Defendant, promote respect for the law, and deter others who violate supervised release.

Based on the foregoing, the Court concludes that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. § 3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS ORDERED, therefore, that the Defendant's supervised release is hereby REVOKED. The Defendant is sentenced to a term of ten (10) months of imprisonment to be followed by no term of supervised release. It is further recommended that his sentence be served at a Bureau of Prisons facility in close proximity to East Tennessee.

ENTER this the 4th day of MAR, 2014.

_____
Hon. Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

*Charles Atchley (by permission /Bobby Hutson)*

Charles Atchley
Assistant U.S. Attorney

*Bobby E. Hutson, Jr.*

Bobby E. Hutson, Jr.
Assistant Federal Defender

*Kent Chandler*

Kent Chandler
Defendant

*Elaine Johnson (by permission /Bobby Hutson)*

Elaine Johnson
U.S. Probation Officer